1   Luis E. Lorenzana, Bar No. 248162
    llorenzana@littler.com
2   Raquel Zilberman Rotman, Bar No. 334239
    rzilberman@littler.com
3   LITTLER MENDELSON, P.C.
    501 W. Broadway, Suite 900
4   San Diego, California 92101.3577
    Telephone:  619.232.0441
5   Fax No.:     619.232.4302

6   Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
7   CORPORATION dba AMTRAK

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  DONNA WALLS, an individual,              Case No. **'21CV1005 L      LL**

12                  Plaintiff,               [Removed from San Diego Superior
                                             Court Case No. 37-2021-00009154-
13        v.                                 CU-CR-CTL]

14  NATIONAL RAILROAD PASSENGER              **DEFENDANT NATIONAL**
15  CORPORATION dba AMTRAK, a                **RAILROAD PASSENGER**
    California corporation; and DOES 1       **CORPORATION'S NOTICE TO**
16  through 20, inclusive,                   **FEDERAL COURT OF**
                                             **REMOVAL OF CIVIL ACTION**
17                  Defendants.              **FROM STATE COURT**
                                             **PURSUANT TO 28 U.S.C.**
18                                           **SECTIONS 1331, 1349, 1441 and**
                                             **1446**
19
                                             Complaint Filed:  March 3, 2021
20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
619.232.0441

1.

DEFENDANT 'S NOTICE TO FEDERAL
COURT OF REMOVAL OF CIVIL ACTION
FROM STATE COURT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF, AND HER ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Amtrak" or "Defendant") hereby removes the state court action described herein, filed in the Superior Court in the State of California for the County of San Diego, Case No. 37-2021-00009154-CU-CR-CTL, to the United States District Court for the Southern District of California, pursuant to pursuant to 28 U.S.C. sections 1331, 1349, 1441, and 1446.

In support of the Notice of Removal of Civil Action, Amtrak states the following:

## I.   BACKGROUND

1.     On March 3, 2021, Plaintiff Donna Walls ("Plaintiff") filed her Complaint in the Superior Court of the State of California for the County of San Diego entitled *Donna Walls, an individual, v. National Railroad Passenger Corporation dba Amtrak, a California corporation; and DOES 1 through 20, inclusive*, Case No. 37-2021-00009154-CU-CR-CTL (the "Complaint"). (*See* ¶ 2, Exhibit ("Ex.") A, to Declaration of Luis E. Lorenzana ("Lorenzana Decl.").)

2.     Plaintiff's Complaint purports to assert claims for: 1) violation of the Americans with Disabilities Act of 1990; 2) violation of the Unruh Civil Rights Act; and 3) negligence. The allegations of the Complaint are incorporated into this notice by reference without admitting the truth of any of them.  Plaintiff asserts these three causes of action against "All Defendants." (Ex. A to Lorenzana Decl., Complaint generally.)

3.     Pursuant to 49 U.S.C. § 24301(b), Amtrak must be served by certified mail addressed to the secretary of Amtrak at its principal place of business in the District of Columbia. Alternatively, Amtrak may also be served through its registered agent, CT Corporation, in the District of Columbia. In this case, on April 27, 2021, Defendant Amtrak was served with the Complaint, along with copies of the Civil Case Cover Sheet

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

2.

DEFENDANT 'S NOTICE TO FEDERAL
COURT OF REMOVAL OF CIVIL ACTION
FROM STATE COURT

and Summons, Notice of Case Assignment, Notice of Eligibility to eFile, and ADR Information sheet through Defendant's registered agent for service of process. (*See* ¶¶ 2-3, Exs. A and B to Lorenzana Decl.)

4.    Upon information and belief, no other Defendant has been personally served with a copy of Plaintiff's Summons and Complaint, per California Code of Civil Procedure section 415.10. (Lorenzana Decl., ¶ 5)

5.    Exhibits A and B constitute all process, pleadings, and orders that have been filed and served in the Action to date. (Lorenzana Decl., ¶¶ 2-4.)

6.    This removal is timely because it is filed within thirty (30) days from the date Amtrak was first served with copies of the Summons and Complaint, and within one year from the commencement of this action. 28 U.S.C. § 1446(b).

## II.    **VENUE**

7.    Venue is proper in this district because the District Court for the Southern District of California, is the judicial district and division embracing the place where the state court case is pending. 28 U.S.C. §§ 84(c)(2), 1441(a).

## III.    **FEDERAL QUESTION JURISDICTION**

8.    This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1349, because Amtrak is a federally-chartered stock corporation and the United States owns more than one-half of Amtrak's capital stock. *See* 49 U.S.C. §§ 24301 *et seq.*; *Vasquez v. N. Cnty. Transit Dist.*, 292 F.3d 1049, 1060 (9th Cir. 2002) (concluding district court "had original jurisdiction over the subject matter of the litigation [under 28 U.S.C. § 1331] because the action involves Amtrak and the United States owns a majority of the capital stock of Amtrak"); *see also Hollus v. Amtrak Ne. Corridor*, 937 F. Supp. 1110, 1113-14 (D.N.J. 1996), *aff'd*, 118 F.3d 1575 (3d Cir. 1997); *Aliotta v. Nat'l R.R. Passenger Corp.*, 315 F.3d 756, 758 n.1 (7th Cir. 2003); *Nat'l R.R Passenger Corp. v. Rountree Transport & Rigging, Inc.*, 286 F.3d 1233, 1259 n.25 (11th Cir. 2002).

9.      The removal of this civil action is therefore proper under 28 U.S.C. § 1441(a), because this is a civil action brought in state court over which the district courts of the United States have original jurisdiction.

## IV.     **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

10.     This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of service of Plaintiff's Summons and Complaint. No previous Notice of Removal has been filed or made with this Court for the relief sought. (Lorenzana Decl., ¶ 6.)

11.     Amtrak will promptly serve Plaintiff with this Notice of Removal and will promptly file a copy of this Notice of Removal with the clerk of the Superior Court of the State of California, for the County of Los Angeles, as required under 28 U.S.C. § 1446(d). (Lorenzana Decl., ¶¶ 7-8.)

THEREFORE, Amtrak respectfully requests that this action be removed from the Superior Court of the State of California for the County of San Diego, to the United States District Court for the Southern District of California, and that all proceedings hereinafter in this matter take place in the United States District Court for the Southern District of California.

Dated:  May 26, 2021

/s/ Luis E. Lorenzana
Luis E. Lorenzana
Raquel Zilberman Rotman
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

4839-7658-4938.1 / 090621-1122