1   Luis E. Lorenzana, Bar No. 248162
    llorenzana@littler.com
2   Raquel Zilberman Rotman, Bar No. 334239
    rzilberman@littler.com
3   LITTLER MENDELSON, P.C.
    501 W. Broadway, Suite 900
4   San Diego, California 92101.3577
    Telephone:  619.232.0441
5   Fax No.:     619.232.4302

6   Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
7   CORPORATION dba AMTRAK

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11
    DONNA WALLS, an individual,              Case No. 3:21-cv-01005-L-LL
12
                    Plaintiff,               [Removed from San Diego Superior
13                                           Court Case No. 37-2021-00009154-
             v.                              CU-CR-CTL]
14
    NATIONAL RAILROAD PASSENGER              **DEFENDANT NATIONAL**
15  CORPORATION dba AMTRAK, a                **RAILROAD PASSENGER**
    California corporation; and DOES 1       **CORPORATION DBA AMTRAK'S**
16  through 20, inclusive,                   **NOTICE OF MOTION TO**
                                             **DISMISS**
17                  Defendants.
                                             Date:        July 6, 2021
18                                           Time:        10:30 a.m.
                                             Courtroom:   5B
19                                           Judge: Honorable M. James Lorenz

20                                           [Pursuant to Civil Local Rules, there
                                             will be no oral argument unless
21                                           requested by the Court.]

22                                           Trial Date:TBD
                                             Complaint Filed:  March 3, 2021
23

24

25

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF DONNA WALLS AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 6, 2021 at 10:30 a.m. in Courtroom 5B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, or as soon thereafter as counsel may be heard before the Honorable M. James Lorenz, Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Defendant" or "Amtrak") will move, and hereby does move, for an order dismissing the Complaint of Plaintiff Donna Walls ("Plaintiff" or "Walls") in the above-captioned action in its entirety, Case No. 3:21-cv-01005-L-LL, pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Rules 12(b)(1) and 12(b)(6), without leave to amend and with prejudice. Pursuant to Civil Local Rules, there will be no oral argument unless requested by the Court.

Specifically, Plaintiff's First Cause of Action for Violation of the Americans with Disabilities Act of 1990 ("ADA") (Title III) should be dismissed because the Court lacks subject matter jurisdiction over Plaintiff's ADA claim under Fed. R. Civ. P., Rule 12(b)(1) since she fails to request injunctive relief; she lacks standing and her ADA claim is moot. In addition, Plaintiff's ADA claim should be dismissed pursuant to Fed. R. Civ. P., Rule 12(b)(1) because her Complaint fails to state a claim.

Plaintiff's remaining Second and Third Causes of Action for Violation of the Unruh Civil Right Act and Negligence, respectively, should be dismissed because they are solely derivative of her ADA claim, and because the Court lacks subject matter jurisdiction over Plaintiff's ADA claim, and because Plaintiff failed to state an ADA claim, Plaintiff's Second and Third Causes of Action should also be dismissed pursuant to Fed. R. Civ. P., Rules 12(b)(1) and 12(b)(6). In addition, Plaintiff's Negligence Cause of Action should be dismissed pursuant to Fed. R. Civ. P., Rule 12(b)(6) because she fails to allege an independent duty of care or that Defendant breached any duty of care.

/ / /

/ / /

1    Finally, Plaintiff should not be granted leave to amend her causes of action

2   because any proposed amendment would be futile and require Plaintiff to contradict her

3   judicial admissions.

4    This Motion is based upon: (1) this Notice of Motion and Motion; (2) the

5   Memorandum of Points and Authorities; (3)  all of the records and papers on file with

6   this action; (4) the [Proposed] Order submitted to the Court via email; and (5) such

7   further oral and documentary evidence and argument to be presented prior to or at the

8   hearing on this matter if requested by the Court.

9

10

11

12   Dated:  June 1, 2021                    /s/ Luis E. Lorenzana
                                           Luis E. Lorenzana
13                                          Raquel Zilberman Rotman
                                           LITTLER MENDELSON, P.C.
14                                          Attorneys for Defendant
                                           NATIONAL RAILROAD PASSENGER
15                                          CORPORATION dba AMTRAK

16

17

18

19

20

21

22

23

24

25

26

27

28