Erik S. Velie [Bar No. 252446]
VICTORY LAW GROUP, LLP
24324 Walnut Street
Newhall, CA 91321
Telephone: (661) 367-6512

Carl Kremer [Bar No. 251804]
Brent Gerome [Bar No. 291698]
MOADDEL KREMER & GEROME LLP
3435 Wilshire Boulevard, Suite 2430
Los Angeles, California 90010
Telephone: (323) 900-0260

Attorneys for Plaintiff, DONNA WALLS

Luis E. Lorenzana, [Bar No. 248162]
Raquel Z. Rotman, [Bar No. 334239]
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: (619) 232.0441

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WALLS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a California corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:21-cv-01005-L-DEB<br>[District Judge: M. James Lorenz]<br><br>**STIPULATION OF DISMISSAL** |

　　　Whereas. Plaintiff DONNA WALLS and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK have settled this matter by way of written Settlement Agreement And General Release on or about June 1, 2022.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff DONNA WALLS and Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK through their designated counsel that the above-captioned action should be dismissed with prejudice in its entirety and as to all actions, pursuant to FRCP 41(a)(1)(A).  The parties further stipulate that the parties shall bear their own attorney's fees, expenses and costs.

DATED:  June 21, 2022          MOADDEL KREMER & GEROME LLP

By: _____/s/ Brent Gerome_____
Brent Gerome
Attorneys for Plaintiff, DONNA WALLS

DATED:  June 21, 2022          VICTORY LAW GROUP LLP

By: _____/s/ Erik Velie_____
Erik Velie
Attorneys for Plaintiff, DONNA WALLS

DATED:  June 21, 2022          LITTLER MENDELSON, P.C

By: _____/s/ Luis Lorenzana_____
Luis E. Lorenzana
Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

The filing party has obtained the authorization and approval of all signatories.